AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| United States of America<br>v.<br><br>Antron Dwayne Mouton<br>*Defendant* | Case No. 3:20-cr-00027-MMD-CLB |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | | | |
|---|---|---|---|
| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe. | Courtroom No.: | 3C |
| | | Date and Time: | November 10, 2026, at 2:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: November 6, 2026

*Judge's signature*

Nancy J. Koppe, United States Magistrate Judge
*Printed name and title*

_X_ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD
NOV 06, 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____________ DEPUTY